**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RUBEN ANDRADE, individually, and on behalf of others similarly situated,

Plaintiff,

v.

MAMAMANCINIS INC., MAMA'S CREATIONS, INC., CROWN 1 FOODS, INC.,

Defendants.

Case No. ____________

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants Mama's Creations, Inc., MamaMancini's Inc., and Crown 1 Foods, Inc. ("Defendants") file this Notice of Removal and hereby notify this Court that they are removing the above-captioned state court case currently pending in the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York. In support of this Notice of Removal, Defendants state as follows:

## A. STATUS OF PROCEEDINGS

1. Plaintiff Ruven Andrade ("Plaintiff") filed the Complaint captioned *Ruben Andrade, individually, and on behalf of others similarly situated v. Mamamancinis Inc., Mama's Creations, Inc., and Crown 1 Foods, Inc., 630810/2026* on October 16, 2026 in the Supreme Court of the State of New York, County of Suffolk (the "State Court Action"). A true and correct copy of all documents served in the State Court Action, including the Collective and Class Action Complaint and Demand for Jury Trial ("Complaint"), is attached hereto as **Exhibit A**.

2. Plaintiff served the Complaint on October 20 and 22, 2026.

3. The Complaint asserts various wage and hour related employment claims under the Federal Labor Standards Act and New York Labor Law.

4. No further state court proceedings in this litigation have taken place as of the date of this Notice of Removal.

5. Defendants have timely removed this action under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within 30 days after Defendants' receipt of service of the initial pleading setting forth the claims for relief upon which the action is based.

6. As more fully set forth below, this action is removable under 28 U.S.C. § 1441 because this case presents federal questions under the Federal Labor Standards Act, over which this Court would have original jurisdiction under 28 U.S.C. § 1331.

7. All properly served Defendants unanimously consent to removal of this action.

## B. BASIS FOR REMOVAL

### a. This Court Has Federal Question Jurisdiction Pursuant to 28 U.S.C. § 1331.

8. This litigation is a civil action over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because it involves at least once cause of action arising under the Constitution, laws, or treaties of the United States.

9. Specifically, by his Count I, Plaintiff has pled a claim arising under the Fair Labor Standards Act, 29 U.S.C. § 207. (Compl. ¶¶ 122-129.)

10. Therefore, Plaintiff's Count I arises under the law of the United States, and this Court has original jurisdiction over it. 28 U.S.C. § 1331.

### b. This Court Has Supplemental Jurisdiction Over State Law Claims Pursuant to 28 U.S.C. § 1367.

11. Because the Court has original jurisdiction over one or more claims in Plaintiff's Complaint pursuant to 28 U.S.C. § 1331, the Court may exercise supplemental jurisdiction over

all other claims so related as to form part of the same case or controversy under Article III of the United States Constitution, pursuant to 28 U.S.C. § 1367.

12. Here, all of Plaintiff's causes of action, including Count I, arise from Plaintiff's employment with Mama's Creations. As such, Plaintiff's state law claims are all so related to Count I as to form part of the same case or controversy.

13. Therefore, the Court may exercise supplemental jurisdiction over all of Plaintiff's claims for which it would not otherwise have original jurisdiction.

## C. NOTICES AND RESERVATIONS

10. A true and correct copy of all process, pleadings, and orders that have been filed with the Supreme Court of the State of New York, County of Suffolk, are attached hereto as **Exhibit A**.

11. In accordance with the provisions of 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff and filed with the state court.

12. Defendants reserve all rights and defenses. None of the forgoing shall be construed in any way to concede the truth of any of Plaintiff's allegations or to waive any of Defendants' rights or defenses.

WHEREFORE, Defendants Mama's Creations, Inc., MamaMancini's Inc., and Crown 1 Foods, Inc. respectfully notify this Court that, pursuant to the provisions of 28 U.S.C. §§ 1331, 1367, 1441 and 1446, they have removed this action from the Supreme Court of the State of New York, County of Suffolk, to this Court.

**FAEGRE DRINKER BIDDLE & REATH LLP**

Dated: November 9, 2026

*/s/ Eric M. Flagg*

Eric M. Flagg (Atty. ID No. 5754130)
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
Email: *eric.flagg@faegredrinker.com*

Andrew Murphy*
Hannah Camilleri Hughes*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: *andrew.murphy@faegredrinker.com*
*hannah.hughes@faegredrinker.com*

**Pro Hac Vice Forthcoming*

*Attorneys for Defendants Mama's Creations, Inc., MamaMancini's Inc., and Crown 1 Foods, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT was filed on November 9, 2026 via the Court's ECF system, and served by U.S. mail and email on all counsel of record:

Joanna Ghosh
Lawyers for Justice, P.C.
217 Broadway, Suite 511
New York, NY 10007
Email: joanna@calljustice.com

*Attorney for Plaintiff Ruben Andrade*

*/s/ Eric M. Flagg*
Eric M. Flagg